**EXHIBIT A**

# United States of America
### United States Patent and Trademark Office

# EKOBREW

**Reg. No. 5,073,356**
**Registered Nov. 01, 2016**
**Int. Cl.: 11**
**Trademark**
**Principal Register**

EKO BRANDS, LLC (WASHINGTON LIMITED LIABILITY COMPANY)
1123 NW 51ST STREET
SEATTLE, WA 98102

CLASS 11: Reusable filter, not of paper, for use in electric brewing machines for beverage

FIRST USE 9-7-2011; IN COMMERCE 9-7-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-019,435, FILED 04-29-2016
RUDY RENWIC SINGLETON, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**EXHIBIT B**

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,073,357**

**Registered Nov. 01, 2016**

**Int. Cl.: 11**

**Trademark**

**Principal Register**

EKO BRANDS, LLC (WASHINGTON LIMITED LIABILITY COMPANY)
1123 NW 51ST STREET
SEATTLE, WA 98102

CLASS 11: Reusable filter, not of paper, for use in electric brewing machines for beverage

FIRST USE 9-7-2011; IN COMMERCE 9-7-2011

The mark consists of the wording "EKOBREW" in stylized font wherein the letters are all lower case with the lines forming the letter "K" are elongated.

SER. NO. 87-019,462, FILED 04-29-2016
RUDY RENWIC SINGLETON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**EXHIBIT C**

# United States of America
## United States Patent and Trademark Office

# ECO FILL

| | |
|---|---|
| **Reg. No. 4,239,190** | RIVERA, ADRIAN (UNITED STATES INDIVIDUAL) |
| **Registered Nov. 6, 2012** | 14979 LODOSA DRIVE<br>WHITTIER, CA 90605 |
| **Int. Cl.: 11** | FOR: REUSABLE SINGLE SERVING COFFEE FILTER NOT OF PAPER BEING PART OF AN ELECTRIC COFFEE MAKER, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34). |
| **TRADEMARK** | FIRST USE 9-7-2012; IN COMMERCE 9-7-2012. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SN 85-499,227, FILED 12-19-2011. |
| | DORITT L. CARROLL, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

**EXHIBIT D**

# United States of America
### United States Patent and Trademark Office

# ECO CARAFE

**Reg. No. 4,796,840**  
**Registered Aug. 18, 2015**  
**Int. Cl.: 11**  
**TRADEMARK**  
**PRINCIPAL REGISTER**

RIVERA, ADRIAN (UNITED STATES INDIVIDUAL)  
14979 LODOSA DRIVE  
WHITTIER, CA 90605

FOR: EMPTY BREWING CARTRIDGES FOR USE IN ELECTRIC COFFEE MACHINES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 2-4-2015; IN COMMERCE 2-4-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CARAFE", APART FROM THE MARK AS SHOWN.

SN 86-423,307, FILED 10-14-2014.

CHRISTINA RIEPEL, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office