HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EKO BRANDS, LLC, | NO. 17-CV-894 |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ADRIAN RIVERA MAYNEZ ENTERPRISES, INC. TO RESPOND TO THE COMPLAINT |
| vs. | |
| ADRIAN RIVERA MAYNEZ ENTERPRISES., INC., AND ADRIAN RIVERA, | |
| Defendants. | |

STIPULATION

In order to provide Defendant Adrian Rivera Maynez Enterprises, Inc. a brief extension of time to respond to the Complaint, Defendant and Plaintiff Eko Brands, LLC hereby stipulate and agree as follows:

| | **From** | **To** |
|---|---|---|
| Defendant's deadline to respond to the Complaint | July 5, 2017 | July 11, 2017 |

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT
ADRIAN RIVERA MAYNEZ ENTERPRISES, INC. TO RESPOND TO THE
COMPLAINT

– 1

Johnson Graffe Keay
Moniz & Wick LLP
925 Fourth Ave., Ste. 2300
Seattle, WA 98104
(206) 223-4770

Dated this 5th day of July, 2017.

| | |
|---|---|
| */s/ D. Jeffrey Burnham* <br> D. Jeffrey Burnham, WSBA #22679 <br> Johnson, Graffe, Keay, Moniz & Wick, LLP <br> 925 Fourth Ave., Ste. 2300 <br> Seattle, WA 98104 <br> T. 206. 223.4770 <br> E. DJBurnham@jgkmw.com <br> *Attorney for Defendant Adrian Rivera Maynez Enterprises, Inc.* | */s/ David Lowe* <br> David Lowe <br> LOWE GRAHAM JONES PLLC <br> 701 Fifth Avenue, Suite 4800 <br> Seattle, Washington 98104 <br> 206-381-3300 <br> Lowe@LoweGrahamJones.com <br> *Attorney for Plaintiff Eko Brands LLC* |

*/s/ Sudip Kundu*
Sudip Kundu (pro hac vice to be submitted)
KUNDUPLLC
1300 I Street NW, Suite 400E
Washington, D.C. 20005
T. 202.749.8372
E.sudip.kundu@kundupllc.com
*Attorney for Defendant Adrian Rivera Maynez Enterprises, Inc.*

# ORDER

IT IS SO ORDERED.

DATED this 10th day of July, 2017.

                                    *Thomas S. Zilly* (signature)
                                    _____
                                    Thomas S. Zilly
                                    United States District Judge

*Presented by:*

*/s/ D. Jeffrey Burnham*
D. Jeffrey Burnham, WSBA #22679
Johnson, Graffe, Keay, Moniz & Wick, LLP
925 Fourth Ave., Ste. 2300
Seattle, WA 98104
T. 206. 223.4770
E. DJBurnham@jgkmw.com
*Attorney for Defendant Adrian Rivera Maynez Enterprises, Inc.*

*/s/ Sudip Kundu*
Sudip Kundu (pro hac vice to be submitted)
KUNDUPLLC
1300 I Street NW, Suite 400E
Washington, D.C. 20005
T. 202.749.8372
E.sudip.kundu@kundupllc.com
*Attorney for Defendant Adrian Rivera Maynez Enterprises, Inc.*

*/s/ David Lowe*
David Lowe
LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206-381-3300
Lowe@LoweGrahamJones.com
*Attorney for Plaintiff Eko Brands LLC*

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ADRIAN RIVERA MAYNEZ ENTERPRISES, INC. TO RESPOND TO THE COMPLAINT

– 3

Johnson Graffe Keay
Moniz & Wick LLP
925 Fourth Ave., Ste. 2300
Seattle, WA 98104
(206) 223-4770