Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EKO BRANDS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADRIAN RIVERA MAYNEZ<br>ENTERPRISES, INC.; and<br>ADRIAN RIVERA, an individual,<br><br>　　　　Defendants. | Civil Action No. 17-cv-894TSZ<br><br>ORDER GRANTING STIPULATED<br>MOTION TO MOVE DEADLINE FOR<br>EXPERT DISCLOSURES |

Pursuant to Fed. R. of Civ. P. 16(b)(4), the parties requested that the Court move the deadline to disclose expert testimony from April 16, 2018 to April 30, 2018. *See* docket no. 27. Upon consideration, and good cause having been shown, this Court hereby amends its scheduling order, docket no. 23, as follows:

The deadline to disclose expert testimony is moved from April 16, 2018 to April 30, 2018. All other deadlines and requirements imposed in the Court's scheduling order, docket no. 23, remain unchanged.

DATED this 30th day of March, 2018.

　　　　　　　　　　　　　　　　　　　／s／ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING STIPULATED MOTION TO
MOVE DEADLINE FOR EXPERT DISCLOSURES -
1
Civil Action No. 17-cv-894TSZ
ESUP-6-0008P06 PORD.DOCX

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301