Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EKO BRANDS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADRIAN RIVERA MAYNEZ ENTERPRISES, INC.; and ADRIAN RIVERA, an individual, <br><br> Defendants. | Civil Action No. 17-cv-894TSZ <br><br> STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY MOTION DEADLINE |

Plaintiff Eko Brands, LLC ("Eko") and Defendants Adrian Rivera Maynez Enterprises, Inc. and Adrian Rivera (together "ARM") respectfully request that this Court extend the deadline for filing motions related to discovery from June 7, 2018 to June 21, 2018. (See Trial Schedule, Dkt. 23)

Good cause exists for this modification. On April 18, 2018, Eko served discovery requests upon ARM, including requests for the production of documents. On May 18, 2018, ARM served responses and objections to the requests, but without any of the requested documents. The parties are presently in trial in the Western District of Washington in the matter of *Eko Brands, LLC v. Adrian Rivera Maynez Enterprises, Inc. and Adrian Rivera*, No. C15-522-JPD. Allowing a brief extension to this deadline would allow ARM to serve the requested documents promptly after the currently pending trial. In turn, that extension of time would also allow Eko to avoid filing an

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY MOTION DEADLINE- 1
Civil Action No. 17-cv-894TSZ
ESUP-6-0008P10 STIPMotSched.docx

LOWE GRAHAM JONES_PLLC_
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

immediate motion to compel the production of the documents, while preserving the opportunity to file such a motion within the extended time in the event it becomes necessary. The parties submit that the present request is in the interest of judicial economy in that it will hopefully avoid the need for a discovery-related motion.

The parties therefore request that the Court extend the deadline for discovery-related motions from June 7 to June 21. This extension will not affect other deadlines in this case, and all other deadlines would remain the same.

RESPECTFULLY SUBMITTED, June 8, 2018

s/ David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

Attorneys for Plaintiff

s/ Sudip Kundu (admitted pro hac vice)
sudip.kundu@kundupllc.com
KUNDU<sup>PLLC</sup>
1300 I Street NW, Suite 400E
Washington, D.C. 20005
T: 202.749.8372

D. Jeffrey Burnham, WSBA No. 22679
DJBurnham@jgkmw.com
JOHNSON, GRAFFE, KEAY, MONIZ & WICK<sup>LLP</sup>
925 Fourth Ave., Ste. 2300
Seattle, WA 98104
T: 206.223.4770

Attorneys for Defendants

## ORDER

It is so ORDERED, that the deadline for discovery-related motions is hereby extended from June 7 to June 21, 2018.

Dated this 8th day of June, 2018.

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY MOTION DEADLINE - 2
Civil Action No. 17-cv-894TSZ
ESUP-6-0008P10 STIPMotSched.docx

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301