# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

EKO BRANDS. LLC,

        Plaintiff,

v.

ADRIAN RIVERA MAYNEZ ENTERPRISES INC., et al.,

        Defendants.

C17-894 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion to extend deadlines, docket no. 39, is GRANTED as follows:

    A.    Defendants' motion for summary judgment, docket no. 33, is RENOTED to September 21, 2018. Plaintiff may file its response on or before August 31, 2018. Defendants' reply is due on or before the new noting date.

    B.    Defendants' motion to exclude testimony, docket no. 34, is RENOTED to September 21, 2018. Plaintiff may file its response on or before August 31, 2018. Defendants' reply is due on or before the new noting date.

(2)    All other deadlines and requirements imposed in the Court's Minute Order Setting Trial Date and Related Dates, docket no. 23, remain unchanged.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of August, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1