Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EKO BRANDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN RIVERA MAYNEZ ENTERPRISES, INC.; and<br>ADRIAN RIVERA, an individual,<br><br>Defendants. | Civil Action No. 17-cv-894TSZ<br><br>RENEWED STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE TESTIMONY |

Plaintiff Eko Brands, LLC ("Eko") and Defendants Adrian Rivera Maynez Enterprises, Inc. and Adrian Rivera (together "ARM") respectfully requested that this Court extend the deadlines for Eko to file its responses to ARM's Motion for Summary Judgment (Dkt. 33) and Motion to Exclude Testimony of Catherine Carr (Dkt. 34) as well as move the deadlines for ARM's replies to these motions as proposed below:

| | Existing Deadline | Proposed Deadline |
|---|---|---|
| Deadline to Oppose ARM's Motion for Summary Judgment: | August 31 | September 14 |
| Deadline to Oppose ARM's Motion to Exclude Testimony: | August 27 | September 14 |
| Deadline for ARM's Reply to ARM's Motion for Summary Judgment: | September 7 | September 21 |

STIPULATED MOTION AND ORDER TO MODIFY
BRIEFING SCHEDULE - 1

Civil Action No. 17-cv-894TSZ
ESUP-6-0008P15 STIPMotSched New.docx

LOWE GRAHAM JONESᴾᴸᴸᶜ

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| Deadline for ARM's Reply to ARM's Motion to Exclude Testimony: | August 31 | September 21 |

By Minute Order dated August 28, 2018 (Dkt. 45) the Court granted the motion, renoted Defendants' motions, and reset Defendants' reply to the new noting date, but did not change the deadline for Plaintiff's response as requested or consistent with the new noting dates to September 14, 2018. Accordingly, the parties respectively request that the Court confirm the Plaintiffs' response deadline is September 14, 2018.

RESPECTFULLY SUBMITTED, August 30, 2018

s/ David A. Lowe, WSBA No. 24,453
 Lowe@LoweGrahamJones.com
s/ Tim Billick, WSBA No. 46,690
 Billick@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

Attorneys for Plaintiff

s/ William A. Delgado (admitted *pro hac vice*)
 wdelgado@willenken.com
WILLENKEN WILSON LOH & DELGADO<sup>LLP</sup>
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
T: 213.955.9240

D. Jeffrey Burnham, WSBA No. 22679
 DJBurnham@jgkmw.com
JOHNSON, GRAFFE, KEAY, MONIZ & WICK<sup>LLP</sup>
925 Fourth Ave., Ste. 2300
Seattle, WA 98104
T: 206.223.4770

Attorneys for Defendants

STIPULATED MOTION AND ORDER TO MODIFY
BRIEFING SCHEDULE - 2
Civil Action No. 17-cv-894TSZ
ESUP-6-0008P15 STIPMotSched New.docx

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

# ORDER

Pursuant to Fed. R. of Civ. P. 16(b)(4) and the Local Civil Rules, the parties requested that the Court modify the briefing schedule regarding Defendants' Motion for Summary Judgment (Dkt. 33) and Motion to Exclude the Testimony of Catherine Carr (Dkt. 34). Upon consideration, and good cause having been shown, this Court hereby amends its scheduling order (Dkt. 23) as set forth above.

IT IS SO ORDERED.

DATED this 30th day of August, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO MODIFY
BRIEFING SCHEDULE - 3
Civil Action No. 17-cv-894TSZ
ESUP-6-0008P15 STIPMotSched New.docx

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301