UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EKO BRANDS. LLC,

        Plaintiff,

  v.

ADRIAN RIVERA MAYNEZ ENTERPRISES INC, et al.,

        Defendants.

C17-894 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Trial date of November 5, 2018, and all related deadlines are hereby STRICKEN. The Court will promptly reset the trial date, if appropriate, after it rules on the pending Motion for Summary Judgment, docket no. 33, and Motion to Exclude Testimony of Catherine Carr, docket no. 34.

The Order modifying briefing schedule, docket no. 47, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of September, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1