UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EKO BRANDS. LLC,

        Plaintiff,

    v.

ADRIAN RIVERA MAYNEZ ENTERPRISES INC.; ADRIAN RIVERA,

        Defendants.

CASE NO. C17-894 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Joint Status Report, docket no. 67, submitted by the parties, the Court hereby sets the following dates and deadlines:

| | |
|---|---|
| **JURY TRIAL DATE (5 days)** | **September 16, 2019** |
| All motions in limine must be filed by and noted for the third Friday thereafter; responses shall be due on the noting date; no reply shall be filed unless requested by the Court | August 15, 2019 |
| Agreed pretrial order due | August 30, 2019 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | August 30, 2019 |
| Pretrial conference (counsel shall be prepared to address any pending motions in limine) | September 6, 2019 at 11:00 a.m. |

MINUTE ORDER - 1

1    (2) All other terms and conditions of the Court's Minute Orders Setting Trial Date and Related Dates, docket no. 23, as modified by subsequent orders remain in full
2    force and effect.

3    (3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 27th day of November, 2018.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 2