UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EKO BRANDS, LLC,

                Plaintiff,

     v.

ADRIAN RIVERA MAYNEZ
ENTERPRISES INC, et al.,

                Defendants.

C17-894 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Defendants' Motion to Extend Trial Date and Related Deadlines, docket no. 71, is DENIED. Good cause has not been shown for a continuance of trial and pretrial dates that have been set for eight months. Any attorney recently appearing in this action would have been aware of the existing deadlines prior to appearance.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 9th day of August, 2019.

                             William M. McCool
                             Clerk

                             s/Karen Dews
                             Deputy Clerk

MINUTE ORDER - 1