UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EKO BRANDS, LLC,

        Plaintiff,

v.

ADRIAN RIVERA MAYNEZ
ENTERPRISES, INC.; and ADRIAN
RIVERA,

        Defendants.

C17-894 TSZ

VERDICT

We, the jury, answer the questions submitted by the Court as follows:

Question No. 1

Do you find that plaintiff's EKOBREW trademark is suggestive or descriptive?

Answer:

    Suggestive \_\_\_\_\_        Descriptive \_\_\_\_\_

Question No. 2

Do you find that plaintiff's EKOBREW trademark acquired secondary meaning before defendants first began to use ECO FILL?

Answer:

    Yes __X__        No \_\_\_\_\_

VERDICT - 1

1  Question No. 3

2  Do you find that plaintiff used its EKOBREW trademark for its products before
3  defendants began to use ECO FILL for their products in the area where plaintiff sells its
4  product?

5  Answer:

6  Yes __X__      No _____

7  Question No. 4

8  For purposes of plaintiff's first claim for trademark infringement, do you find that
9  a likelihood of confusion exists between the EKOBREW trademark and one or more of
10 defendants' marks?

11 Answer:

12 ECO FILL        Yes __✓__      No _____
13 ECO CARAFE      Yes __✓__      No _____
14 ECO-FLOW        Yes __✓__      No _____
15 ECO FILTER      Yes __✓__      No _____
16 ECOSAVE         Yes __✓__      No _____
17 ECO-PURE        Yes __✓__      No _____

18 Question No. 5

19 For purposes of plaintiff's first claim for trademark infringement, do you find that
20 defendants' infringement, if any, of plaintiff's EKOBREW trademark was willful?

21 Answer:

22 Yes __X__      No _____      N/A _____

23

VERDICT - 2

1    Question No. 6

2    For purposes of plaintiff's first claim for trademark infringement, what amount of
3    defendants' profits, if any, earned on or after November 1, 2016, do you find are
4    attributable to infringement of plaintiff's EKOBREW trademark?

5    Answer:

6    $ 268,080.50

7    Question No. 7

8    With respect to plaintiff's first claim for trademark infringement, do you find that
9    defendants have proved their laches defense?

10   Answer:

11   Yes _____    No  X

12   Question No. 8

13   For purposes of plaintiff's second claim for unfair competition, do you find that a
14   likelihood of confusion exists between the EKOBREW trademark and one or more of
15   defendants' marks?

16   Answer:

17       ECO FILL        Yes  X        No _____
18       ECO CARAFE      Yes  X        No _____
19       ECO-FLOW        Yes  X        No _____

VERDICT - 3

Question No. 9

For purposes of plaintiff's second claim for unfair competition, do you find that defendants' infringement, if any, of plaintiff's EKOBREW trademark was willful?

Answer:

Yes __X__        No _____        N/A _____

Question No. 10

For purposes of plaintiff's second claim for unfair competition, what amount of defendants' profits, if any, earned before November 1, 2016, do you find are attributable to unfair competition?

Answer:

$ __5,618,371.50__

Question No. 11

With respect to plaintiff's second claim for unfair competition, do you find that defendants have proved their laches defense?

Answer:

Yes _____        No __X__

DATED this __20th__ day of __September__, 2019.

_____
Presiding Juror