# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

EKO BRANDS, LLC,

        Plaintiff,

v.

ADRIAN RIVERA MAYNEZ ENTERPRISES, INC.; and ADRIAN RIVERA,

        Defendants.

C17-894 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff is DIRECTED to file, on or before November 1, 2019, proposed findings of fact and conclusions of law. Such findings of fact and conclusions of law shall be set forth in individually numbered paragraphs. Each proposed finding of fact shall cite to the trial evidence.

(2) Defendants' objections and/or proposed amendments to plaintiff's proposed findings of fact and conclusions of law shall be filed by November 18, 2019. Plaintiff's reply, if any, shall be filed by November 22, 2019.

(3) Defendants' motion for judgment as a matter of law, docket no. 125, is RENOTED to November 22, 2019. Any response shall be filed by November 18, 2019, Any reply shall be filed by the new noting date.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of October, 2019.

                                William M. McCool
                                Clerk

                                s/Karen Dews
                                Deputy Clerk

MINUTE ORDER - 1