UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EKO BRANDS, LLC,

    Plaintiff,

v.

ADRIAN RIVERA MAYNEZ ENTERPRISES, INC.; and ADRIAN RIVERA,

    Defendants.

C17-894 TSZ

ORDER

    The parties' stipulated motion to approve the deposit of funds into the Registry of the Court in lieu of a supersedeas bond and for a partial stay of execution on judgment pending appeal, docket no. 178, is GRANTED, and the Court ORDERS as follows:

    (1)    Execution on (i) the portion of the Amended Judgment dated January 31, 2020, and entered March 30, 2020, docket no. 175, awarding $649,188.00 to plaintiff Eko Brands, LLC and against defendants Adrian Rivera Maynez Enterprises, Inc. ("ARM") and Adrian Rivera, jointly and severally, and (ii) the Clerk's Order entered April 2, 2020, docket no. 177, taxing costs against defendants ARM and Rivera in the amount of $3,339.25, is hereby STAYED pending further order of the Court, provided

ORDER - 1

that defendants deposit into the Registry of the Court, on or before May 15, 2020, the principal sum of $655,000.00, which shall bear interest in the manner provided in Local Civil Rule 67(a).  *See* Fed. R. Civ. P. 62(b).

(2)   Notwithstanding any deposit of funds into the Registry of the Court, the portion of the Amended Judgment dated January 31, 2020, and entered March 30, 2020, docket no. 175, setting forth the terms and conditions of a permanent injunction against defendants ARM and Rivera shall remain in full force and effect.

(3)   The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 23rd day of April, 2020.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

ORDER - 2