UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EKO BRANDS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ADRIAN RIVERA MAYNEZ ENTERPRISES, INC.; and ADRIAN RIVERA,<br><br>    Defendants. | C17-894 TSZ<br><br>ORDER |

The parties' stipulated motion to disburse funds, docket no. 196, is GRANTED as follows. Judgment was entered in favor of plaintiff Eko Brands, LLC and against defendants Adrian Rivera Maynez Enterprises, Inc. ("ARM") and Adrian Rivera, jointly and severally, in the principal amount of $649,188, see Am. Judgment (docket no. 175), together with costs in the amount of $3,339.25, see Order (docket no. 177), for a total of $652,527.25. Interest accrued on this amount at the rate of one and fifty-five hundredths of one percent (1.55%) per annum, compounded annually, from the date of judgment, January 31, 2020, to the present. See 28 U.S.C. § 1961; see also Friend v. Kolodzieczak, 72 F.3d 1386, 1391-92 (9th Cir. 1995) (observing that post-judgment interest applies to

ORDER - 1

awards of costs and runs from the date that entitlement was secured, rather than from the date that the exact quantity was set). As of the date of this Order, post-judgment interest in the amount of $16,698.93 has accrued,[1] meaning that the total owed to plaintiff by ARM and Adrian Rivera is $669,226.18.

Pursuant to the Order entered April 23, 2020, docket no. 179, defendants deposited $655,000.00 into the Registry of the Court. The parties have stipulated that the "entirety of the deposited funds" shall be disbursed to plaintiff. *See* Stip. Mot. at 1 (docket no. 196). The Court therefore ORDERS:

(1)   The Clerk is AUTHORIZED and DIRECTED to draw a check on the funds deposited in the Registry of this Court in the principal amount of $655,000.00, plus all accrued interest, minus any statutory users fees, payable to Eko Brands, LLC and to mail or deliver such check to Lowe Graham Jones PLLC, 701 Fifth Avenue, Suite 4800, Seattle, WA 98104;

(2)   Plaintiff or its counsel shall provide to the Clerk the necessary contact information and tax identification number as set forth in Local Civil Rule 67(b);

(3)   The Clerk shall notate on the docket the exact amount disbursed to plaintiff, and if such amount exceeds the outstanding balance owed by ARM and Adrian Rivera, then plaintiff shall return to defendants any surplus funds;

---

[1] For the year from January 31, 2020, to January 31, 2021, the amount of post-judgment interest was 10,114.17. After compounding, the amount of post-judgment interest for the period from January 31, 2021, to the date of this Order, is $6,584.76 ($28.14 per day for 234 days).

ORDER - 2

(4)     If the amount disbursed to plaintiff from the Registry does not fully satisfy the judgment, then post-judgment interest shall continue to accrue on the remaining balance owed by defendants until the judgment is paid in full; and

(5)     The Clerk is further DIRECTED to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 22nd day of September, 2021.

Thomas S. Zilly
United States District Judge

ORDER - 3